FILED
2021 DEC -1 AM 10:12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: 21MJ05446
19 CR 2008 - LTS-MAR-1

UNITED STATES OF AMERICA
PLAINTIFF(S)
v.

Rodonus Echols  17882-029
DEFENDANT(S)

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: U S Probation
in the Northern District of Iowa on 6/29/2020
at 0900 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 6/29/2020
in violation of Title 18 U.S.C., Section(s) 3583
to wit: _____

A warrant for defendant's arrest was issued by: CLERK OF THE COURT

Bond of $N/A was ☐ set / ☐ recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by
_____, Deputy Clerk.

Signature of Agent: [signature]

Print Name of Agent: Leonel Luna

USMS
Agency

Title: Deputy US Marshal

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT